79,030-01

11-23-2015 ___ (date)

COURT OF CRIMINAL APPEALS OF TEXAS
Mr. Abel Acosta, Clerk
P.O. Box 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

PLEASE FORWARD

Dear Mr. Acosta:

"Greetings!" My name is JAMES EDWARD ECHOLS, and I am an inmate at the MARK W. STILES UNIT at BEAUMONT, TEXAS. I am writing to you asking who was my Appellate attorney on CAUSE No. WR-79,030-01. Also I am unware of who file my case. And also I didn't get my Appellate Volumminous briefs and transcripts, etc.

Please let me know if you have any questions, etc. I look forward to hearing from you.

Thank you for your time.

Sincerely,
JAMES EDWARD ECHOLS # 1757036
Segreation unit (seg) 12FE -13cell

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk

CL-